UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                           No. 15-CR-651-LTS

XHEM HOTI,

        Defendant.

-------------------------------------------------------x

## Order

The Court has received Defendant Xhem Hoti's pro se motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) (docket entry no. 110), and application for the appointment of counsel in connection with that motion. (Id. at 6.) The Government is directed to file its response to Mr. Hoti's motion, which must include his BOP medical records, by **April 23, 2021**. The Government shall file under seal any medical records that are included in the response, and sensitive medical information may be redacted from the response that is filed on ECF. The Government shall file the unredacted originals, including exhibits, under seal, with a copy of this Order, in compliance with the Sealed Records Filing Instructions located on the Court's website, at https://www.nysd.uscourts.gov/programs/records/sealed. A complete, unredacted courtesy copy of the Government's response must be provided to Defendant and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.

Mr. Hoti's reply, if any, to the Government's response must be filed by **May 7, 2021.**

The Court takes Mr. Hoti's application for the appointment of counsel under advisement pending the Court's receipt of the Government's response and Mr. Hoti's reply.

Chambers will mail a copy of this Order to Mr. Hoti.

SO ORDERED.

Dated: New York, New York
April 8, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

**Copy to be mailed to**:

Xhem Hoti
Reg. No. 72855-054
USP Coleman II
U.S. Penitentiary
P.O. Box 1034
Coleman, FL 33521