UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                   No.  15-CR-651-LTS

XHEM HOTI,

        Defendant.

-------------------------------------------------------x

<u>ORDER</u>

The Court has received Defendant Xhem Hoti's <u>pro</u> <u>se</u> letter-motion dated May 5, 2021, reporting that the exhibits to the Government's opposition (docket entry no. 114) to Mr. Hoti's pending motion for compassionate release (docket entry no. 110, the "Motion") were seized and destroyed by his case manager at USP Canaan II, where he is in custody, before Mr. Hoti had an opportunity to review them to inform his submission of a reply in support of the Motion.  Mr. Hoti seeks an Order from the Court directing the Government to serve a second copy of its opposition papers on Mr. Hoti, and extending Mr. Hoti's deadline to file a reply.

By separate letter dated May 7, 2021 (docket entry no. 117), Mr. Hoti writes in further support of his Motion, and states, among other things, that he "has been the victim of sexual abuse and violence in prison," and that "[i]t cannot be said" that, at the time of Mr. Hoti's sentencing, the sentencing judge "anticipated a global pandemic, sexual abuse, physical violence, [and] lockdowns without end."  (<u>Id.</u> at 5.)

The Government is directed to serve a second copy of its opposition papers on Mr. Hoti by **June 2, 2021**.  By that same date, and in light of Mr. Hoti's new allegations of "sexual abuse and violence in prison" in support of his Motion, the Government is directed to file and serve a supplemental response to the Motion addressing Mr. Hoti's May 7, 2021, letter.

Mr. Hoti is directed to file his reply to the Government's opposition and supplemental response, if any, by **June 23, 2021**.

Chambers will mail a copy of this Order to Mr. Hoti.

SO ORDERED.

Dated: New York, New York
        May 19, 2021

 _/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

**Copy to be mailed to**:

Xhem Hoti
Reg. No. 72855-054
USP Coleman II
U.S. Penitentiary
P.O. Box 1034
Coleman, FL 33521