UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                 No. 15-CR-651-LTS

XHEM HOTI,

       Defendant.

-------------------------------------------------------x

## ORDER

The Court has received the Government's letter dated June 2, 2021, submitted directly to chambers by email in response to the Court's Order dated May 19, 2021 (docket entry no. 118). The Government's letter details Defendant's sensitive personal and health information, including accounts of incidents involving Defendant while in federal custody, and attaches (as Exhibit A) a collection of Defendant's medical records, as well as (as Exhibit B) a collection of Defendant's psychological records. The Government seeks to file this submission under seal.

The Government's application is granted in part. The Court will file an unredacted version of the June 2, 2021, letter, with exhibits, under seal. The Government is directed to file a redacted version of its letter on the public docket, after redacting the "Relevant Background" section and the third paragraph of the "Discussion" section from the letter.

Chambers will mail a copy of this Order to Mr. Hoti.

SO ORDERED.

Dated: New York, New York
       June 3, 2021

                                                         /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                     Chief United States District Judge

**Copy to be mailed to**:

Xhem Hoti
Reg. No. 72855-054
USP Coleman II
U.S. Penitentiary
P.O. Box 1034
Coleman, FL 33521