UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                  No. 15-CR-651-LTS

XHEM HOTI,                                           ORDER

        Defendant.

-------------------------------------------------------x

        The Court observes that Defendant Hoti's letter-submission dated May 7, 2021 (docket entry no. 117), contains Mr. Hoti's complete birthdate. See Fed. R. Crim. P. 5.2(a) ("Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's . . . birth date . . . a party or nonparty making the filing may include only: [ ] (b) the year of the individual's birth."). The Court will therefore direct the Clerk of Court to remove docket entry no. 117 from the public docket, will docket a redacted version of that submission, and will file the original, unredacted submission under seal.

        The Clerk of Court is directed to remove docket entry no. 117 from the docket.

        Chambers will mail a copy of this Order to Mr. Hoti.

        SO ORDERED.

Dated: New York, New York
       June 23, 2021                                /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                            Chief United States District Judge

**Copy to be mailed to**:

Xhem Hoti
Reg. No. 72855-054
USP Coleman II
U.S. Penitentiary
P.O. Box 1034
Coleman, FL 33521